Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-00099-NGH |
| JENNIFER HOLMES, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS**

   Chapter 7 Trustee, Timothy R. Kurtz ("**Trustee**") hereby moves this Court, pursuant to Federal Rule of Bankruptcy Procedure 4003(b) for additional time to object to the exemptions filed by Debtor Jennifer Holmes ("**Debtor**"). Trustee respectfully represents the following in support of this motion:

   1.  On February 23, 2021, Jennifer Holmes (the "**Debtor**") filed her Chapter 7 bankruptcy case. Dkt. No. 1.

   2.  Trustee was thereafter appointed to administer the assets of Debtor's bankruptcy estate.

   3.  Debtor appeared at the second § 341(a) meeting on April 22, 2021. The meeting under § 341(a) was concluded on that date.

MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 1

4. Trustee has investigated the financial affairs of Debtor and has determined that additional investigation and analysis is needed with respect to the homestead declaration filed by Debtor prepetition, among other issues related to Debtor's claimed exemptions. Trustee intends to investigate the homestead exemption via contact with the notary public, who purportedly witnessed Debtor's signature on the declaration. At this time, Trustee has not been able to locate the notary public to further inquire of this person.

5. Pursuant to Federal Rule of Civil Procedure 4003(b), Trustee submits that adequate cause is present in this case to extend the deadline to object to Debtor's exemptions thirty (30) days from the date of this Motion.

WHEREFORE, Trustee respectfully requests that the Court enter an order extending the deadline to file an objection to Debtor's claimed exemptions to and including **June 21, 2021**.

Date: May 21, 2021.

By: /s/ Timothy R. Kurtz
Timothy R. Kurtz
Chapter 7 Trustee

MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 2

58817.0005.13783087.1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this _____ day of May, 2021, I electronically filed the foregoing MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Michael A. Wilder | michael@averylaw.net |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

Jennifer Holmes
2370 S. Three Mile Creek Way
Boise, Idaho 83709

        /s/ Brent R. Wilson
        Brent R. Wilson

MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS - 3

58817.0005.13783087.1