UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>HOLMES, JENNIFER<br><br>　　　　　　　　Debtor. | Case No. 21-00099-NGH<br>Chapter 7 |
|---|---|

**Order Granting Motion to Extend Time to Object to Exemptions**

This matter having come before the Court on the Motion to Extend Time to Object to Exemptions Under Fed. R. Bankr. P. 4003 (CR 21) (the "Motion") filed on May 21, 2021, and good cause existing;

The Court having reviewed the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for the chapter 7 trustee to file an objection to Debtor's claimed exemptions is enlarged to June 21, 2021.  //end of text//

DATED: May 24, 2021



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Order submitted by Timothy R. Kurtz, Chapter 7 Bankruptcy Trustee.