UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>JENNIFER HOLMES.,<br><br>Debtor. | Case No. 21-00099-NGH<br><br>Chapter 7 |

## ORDER DENYING HOMESTEAD EXEMPTION

The Trustee's Objection to Debtor's Claim of Homestead Exemption (Docket No. 29 – the "Objection") having come before the Court; the Court having reviewed the Objection; an evidentiary hearing having been held in the matter on September 14, 2021; having reviewed the submissions and for good cause showing; and for the reasons outlined by the Court in its oral ruling on September 28, 2021;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Trustee's Objection is sustained, and the Debtor's homestead exemption claim is DISALLOWED.  // end of text //

DATED: October 5, 2021



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Order submitted by: Matthew T. Christensen, attorney for the Trustee